Andrew S. Friedman (*Pro Hac Vice*)
afriedman@bffb.com
Francis J. Balint, Jr. (*Pro Hac Vice*)
fbalint@bffb.com
**Bonnett Fairbourn Friedman & Balint, PC**
2325 East Camelback Road, #300
Phoenix, AZ 85016
Telephone: (602) 274-1100
Fax: (602) 274-1199

Manfred P. Muecke (SBN 222893)
mmuecke@bffb.com
**Bonnett Fairbourn Friedman & Balint, PC**
600 West Broadway, #900
San Diego, CA 92101
Telephone: (619) 798-4292
Fax: (602) 274-1199

[Additional Counsel on Signature Page]
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| HOWARD ROSEN, a California resident, TERRI L. STAUFFER-SCHMIDT, an Arizona resident, MICHAEL A. WEBBER, an Illinois resident, individually and on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SECURITY BENEFIT LIFE INSURANCE COMPANY, a Kansas corporation,<br><br>Defendant. | Case No. 2:19-cv-08889-GW-KSx<br><br>CLASS ACTION<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>Judge: Hon. George H. Wu |

Plaintiffs, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismiss without prejudice the above-styled action. This notice of dismissal without prejudice is being filed with the Court before Defendant has answered the Complaint or filed a motion for summary judgment.

Dated: December 4, 2019.

**BONNETT FAIRBOURN FRIEDMAN & BALINT, PC**

/s/ *Andrew S. Friedman*
Andrew S. Friedman (*Pro Hac Vice*)
Francis J. Balint, Jr. (*Pro Hac Vice*)
2325 East Camelback Road, Suite 300
Phoenix, AZ 85016
Tel: (602) 274-1100
afriedman@bffb.com
fbalint@bffb.com

Manfred P. Muecke (SBN 222893)
600 West Broadway, #900
San Diego, CA 92101
Tel: (619) 798-4292
mmuecke@bffb.com

**EVANS LAW FIRM, INC.**
Ingrid M. Evans (SBN 179094)
3053 Fillmore Street #236
San Francisco, CA 94123
Tel: (415) 441-8669
Ingrid@evanslaw.com

**FEM LAW GROUP**
F. Edie Mermelstein (SBN 248941)
401 Wilshire Boulevard, Twelfth Floor
Santa Monica, CA 90401
Tel: (213) 986-4300
edie@femlawyers.com

*Attorneys for Plaintiffs*